**449-15**

# ELECTRONIC RECORD

COA #14-14-00348-CR

OFFENSE: Poss of a Controlled Substance

STYLE: Wade Timothy Bessard v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 184th District Court

DATE: March 17, 2015    Publish: Yes

TC CASE #: 1221855

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Wade Timothy Bessard v The State of Texas

CCA # _____

_APPELLANT'S_    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _06/24/15_

JUDGE: _Per Curiam_

CCA Disposition: **449-15**

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**